# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135251

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES MCCAA,
      Defendant-Appellee.

SC: 135251
COA: 270829
Wayne CC: 05-012920-01

_____

## AMENDMENT TO ORDER

On order of the Court, the order of June 27, 2008 is amended to correct a clerical error in the statement by Corrigan, J. The conclusion of the penultimate sentence which reads: "see also *Blank, supra* at 242" is corrected to read: "see also *State v Blank,* 131 Wash 2d 230, 242 (1997).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2008

_____
Clerk